**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Corey** First Name _____ Middle Name **Tompkins** Last Name _____ Suffix (Sr., Jr., II, III) | _____ First Name _____ Middle Name _____ Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____ First Name _____ Middle Name _____ Last Name | _____ First Name _____ Middle Name _____ Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _0_ _7_ _7_ _0_ OR 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ OR 9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Corey** | **Tompkins** | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years

Include trade names and doing business as names

☑ I have not used any business names or EINs.    ☐ I have not used any business names or EINs.

_____    _____
Business name    Business name

_____    _____
Business name    Business name

_____    _____
Business name    Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___    ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN    EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___    ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN    EIN

**5.** Where you live

If Debtor 2 lives at a different address:

**3710 Bluegrass Dr.**_____    _____
Number    Street    Number    Street

_____    _____

_____    _____

**Grand Prairie**____**TX**____**75052**____    _____
City    State    ZIP Code    City    State    ZIP Code

**Dallas**_____    _____
County    County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____    _____
Number    Street    Number    Street

_____    _____
P.O. Box    P.O. Box

_____    _____
City    State    ZIP Code    City    State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*    *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| Debtor 1 | **Corey** | | **Tompkins** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, |
| | | | MM / DD / YYYY | if known |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, |
| | | | MM / DD / YYYY | if known |

**11.  Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☐ No.  Go to line 12.

   ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Corey** | **Tompkins** | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☑ No. Go to Part 4.
- ☐ Yes. Name and location of business

Name of business, if any

Number    Street

City                                                                   State            ZIP Code

Check the appropriate box to describe your business:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- ☑ No.    I am not filing under Chapter 11.
- ☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- ☑ No
- ☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number    Street

City                                                            State        ZIP Code

| Debtor 1 | **Corey** | | **Tompkins** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Corey** | | **Tompkins** | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6:    Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No. Go to line 16b.

        ☐ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No. Go to line 16c.

        ☑ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer or business debts.

    _____

**17.** Are you filing under Chapter 7?

    ☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

    ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ☑ No

        ☐ Yes

**18.** How many creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor 1 | **Corey** | | **Tompkins** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Corey Tompkins**                                    X _____
Corey Tompkins, Debtor 1                                 Signature of Debtor 2

Executed on **09/15/2016**                               Executed on _____
MM / DD / YYYY                                              MM / DD / YYYY

| Debtor 1 | **Corey** | | **Tompkins** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Joyce Lindauer** _____      Date **09/15/2016** _____
   Signature of Attorney for Debtor                                  MM / DD / YYYY

**Joyce Lindauer** _____
Printed name

**Joyce W. Lindauer Attorney, PLLC** _____
Firm Name

**12720 Hillcrest Road** _____
Number          Street

**Suite 625** _____

_____

**Dallas** _____ **TX**          **75230** _____
City                                          State            ZIP Code

Contact phone  **(972) 503-4033** _____      Email address **joyce@joycelindauer.com** _____

**21555700** _____      **TX** _____
Bar number                                          State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

---

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| **+** | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| **+** | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

---

| | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

---

| | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Corey Tompkins**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | **$2,385.00** |
| Prior to the filing of this statement I have received......................................................... | **$1,335.00** |
| Balance Due............................................................................................................... | **$1,050.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/15/2016** | **/s/ Joyce Lindauer** | |
| --- | --- | --- |
| *Date* | *Joyce Lindauer* | Bar No.  21555700 |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 12720 Hillcrest Road | |
| | Suite 625 | |
| | Dallas, TX 75230 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

---

**/s/ Corey Tompkins**

*Corey Tompkins*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Corey Tompkins**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/15/2016 _____

Signature   **/s/ Corey Tompkins** _____
*Corey Tompkins*

Date _____

Signature _____

A to Z Tire
P.O. Box 224684
Dallas, TX 75222


ABC/Amega Inc.
American Bureau of Collections
1100 Main Street
Buffalo, NY 14209


Act Pipe & Supply
P.O. Box 301282
Dallas, TX 75303


Ahern Rentals
1450 S. Loop 12
Irving, TX 75060


Alamo Concrete Work
370 Altgete Ave
San Antonio, TX 78201


Albert Munoz- Sub
8917 Otyokwa
El Paso, TX 79907


Alice Najar
6744 Brisa Del Mar
El Paso, TX 79912


All Fence Supply
7179 N Loop Dr.
El Paso, TX 79915


All Star Orthopaedics
400 W LBJ Freeway Suite 330
Irving, TX 75063

Allensworth and Porter, LLP
100 Congress Avenue, Suite 700
Austin, TX 78701


Ally #6 T065
P.O. Box 380902
Bloomington, MN 55438


Ally Financial
PO Box 380901
Bloomington, MN 55438


Ally- T055
P.O. Box 380902
Bloomington, MN 55438


Ally-T053
P.O. Box 380902
Bloominton, MN 55438


Ally-T054
P.O. Box 380902
Bloominton, MN 55438


Alternative Claims Management
Attn: Timothy Green
16404 San Pedro Avenue
San Antonio, TX 78232


Altorfer Inc.
P.O. Box 1347
Cedar Rapids, IA 52406


APAC Texas
P.O. Box 224048
Dallas, TX 75222

Architectural Unique
15950 North Dallas Parkway
Dallas, TX 75248


ASA Check Cashing
2800N MacArthur Blvd
Irving, Texas 75062


ASA Check Cashing
2800 N MacArthur Blvd.
Irving, TX 75062


ASA Check Cashing
2800 N MacArthur Blvd
Irving, TX 75062


ASA Check Cashing
2800 N MacArtur Blvd.
Irving, TX 75062


Ashton Sawing & Drilling
10202 Airline Drive Suite B
Houston, TX 77037


Associated Time
9104 Diplomacy Row
Dallas, TX 75247


AT&T Mobility
c/o AT&T Services, Inc.
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Auldridge Griffin PC
6300 Ridglea Place, Suite 810
Fort Worth, TX 76116


Auldridge Griffin PC
131 S. Westmeadow Dr.
Suite 200
Cleburne, TX 76033


Austin Land Service
3875 E Whitsone Blvd
Cedar, TX 78613


Austin Turf & Tractor
2098 Valley View Ln
Farmers Branch, TX 75234


Auto Glass Center
P.O. Box 7797
Fort Worth, TX 76111


Aztec Rental
2069 Apperson Dr.
Salem, VA 24153


Bank Of America
NC4-105-03-14
PO Box 26012
Greensboro, NC 27410


Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899


Barnsco
P.O. Box 541087
Dallas, TX 75354

Barri Financial Group
9800 Centre Pkwy Suite 700
Houston, TX 77036


Best Supply
10000 Robin Oaks Drive
Las Vegas, NV 89117


Betafence USA
3309 S Intersate 45
Ennis, TX 75119


Big City Crushed Concrete
P.O. Box 29816
Dallas, TX 75229


Big D Bolt & Tool
3633 W Miller Rd
Garland, TX 75041


Binford Fence Supply - SCS
P.O. Box 800607
Balch Springs, TX 75180


Blue Sky Sod Farm
621 Wolf Sprins Rd
Ferris, TX 75125


Boxx Modular
P.O. Box 678225
Dallas, TX 75267


BQ Sanitation Services, Inc.
Attn: Mark Keith, Controller
39 E. Union Street
Pasadena, CA 91103

Brifen USA
12501 N Santa Fe
Oklahoma City, OK 73114


Bruce W. McGee
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street
Suite 3500
Fort Worth, TX 76102

Buena Vista Turf Farm
330 Oaks Trail, Suite 100
Garland, Tx 75043


Burly Corporation
754 N Burleson Blvd
Burleson, TX 76028


C&D Kwik Stop
4125 Mansfield Hwy
Fort Worth, X 76119


C. Spears Construction Co LLC
209 Roberts Ave
Terrell, TX 75160


Capps Van & Truck Rental
8555 John Carpenter Freeway
Dallas, TX 75247


Carenow
P.O. Box 9101
Coppell, TX 75019


CAT Financial
2120 West End Ave.
Nashville, TN 37203

CAT Financial Services
PO Box 340001
Nashville, TN 37203


Caterpillar Financial Services
P.O. Box 340001
Nashville, TN 37203


Center Point Kwik Stop
11652 FM 1886
Azle, TX 76020


Century Products
1144 North Grove St
Anaheim, CA 92806


Chaney
P.O. Box 1665
Roanoke, TX 76262


Chappell Supply of Texas
P.O. Box 79150
Saginaw, TX 76179-0150


Chase Bank
1133 Park Center Ct
Saginaw, TX 76179


Check 'n Go
100 Commercial Dr.
Fairfield, Ohio 45014


Check Cashing Express
701 W Moore Ave
Terrell, TX. 75160

Check n Go
100 Commercial Dr.
Fairfield, OH 45014


Check N Go
100 Commecial Dr.
Fairfield, OH 45014


Chemsearch
P.O. Box 152170
Irving, TX 75015


Cherry Crushed Concrete
6131 Selinsky
Houston, TX 77048


Cherry Painting Co.
2000 Surveyor Blvd.
Carrolton, TX 75006


Chico Limestone, Inc.
P.O. Box 636
Brisgeport, TX 76426


Christopher D. Montez
Thomas Feldman & Wilshusen, LLP
9400 N. Central Expressway
Suite 900
Dallas, TX 75231

City Electric Supply Co.
P.O. Box 203548
Austin, TX 78720


City GP - 1306 VI
Water Utilites
317 College ST.
Grand Prairie, TX 75050

City GP - 1509 VI
Water Utilities
Dallas, TX 75266


City GP - Meter
P.O. Box 660814
Dallas, TX 75266


City of Grand Prairie
Water Utilities
P.O. Box 534045
Grand Prairie, TX 75053-4045


City of Haslet - Meter
105 Main Street
Haslet, TX 76052


City of Irving
845 W Irvin Blvd
Irvin, TX 75060


City of Sachse - Meter
3815 Sachse Road
Building B
Sachse, TX 75048


City of Weatherford
Municipal Enforcement Division
P.O. Box 118312
Carrollton, TX 75011


CMC Commercial Metals
6565 N MacAQrthur Blvd
Irving, TX 75039


CNA Deductible Recovery Group
P.O. Box 6065
Hermitage, PA 16148

CNA Insurance
P.O. Box 790094
St. Louis, MO 63179


Colorado Electric Supply
d/b/a City Electric Supply
10610 Newkirk St.
Dallas, TX 75220


Complete Payement Recovery / FMS
3500 5th ST
Northport, AL 35476


Complete Paymenr Recovery
3500 5th St.
Northport, AL 35476


Complete Payment Recovery
3500 5th St.
Northport, AL 35476


Complete Payment Recovery
2500 5th St
Nothport, AL 35476


Complete Payment Recovery / FMS
3500 5th St.
Northport. AL 35476


Complete Payment Recovery / FMS
3500 5th St.
Northport, AL 35476


Complete Payment Recovery / FMS
3500 5th St.
Norhport, AL 35476

Complete Payment Recovery / FMS
3500 5h St.
Northport, AL 35476


Complete Payment Recovery / FMS
3500 5th St
Northport, AL 35476


Comptroller - Sales Tax
111 E. 17th Street
Autsin, TX 78774


Contract Bond Agency
P.O. Box 100096
Ft Worth, TX 76185


Copy Tech Systems, Inc.
P.O. Box 543221
Dallas, TX 75354


Crosslink South Powder Coating
935 KCK Way, Suite F
Cear Hill, TX 75104


Dairy Mart
3000 W. Pioneer Dr.
Irving, TX 75061


Dallas County Tax Assessor
P.O. Box 139033
Dallas, TX 75313


Davis Motor Crane Service, Inc.
1212 N. Loop 12
Irving, TX 75061

Delta Ccu
Attention: Bankruptcy Department
PO Box 20541
Atlanta, GA 30320


Dendy Machine sales and Rental LP
3500 Valley View Lane
Irving, TX 75062


Discoteca Mi Pueblito
690 SW Military Dr.
San Antonio, TX 78221


Discount Steel
10353 Hicks Field Rd
Ft Worth, TX 76179


E-Z Check # 6
2803 Ft. Worth Dr.
Denton, TX 76205


Eagle National Steel - SCS
540 Skyline Drive
Hutchins, TX 75141


Ed Martin
Greenberg Grant & Richards, Inc.
P.O. Box 570873
Houston, TX 77257


Efficiency Shoring & Supply
685 Hull Rd
Mason, MI 48854


Eva S. Engelhart
Ross Banks May Cron & Cavin
2 Riverway
Suite 700
Houston, TX 77056

Express Care of Irving
2333 Shady Grove
Irving, TX 75060


EZ Grout
405 Watertown Rd
Waterford, OH 45786


FAB Co, LLC
13835 Beaumont Highway
Houston, TX 77049


Family Foods
c/o James E.Nichols, County Attorney
Bell County, Texas
P.O. Box 1127
Belton, TX 76513

Farbrication & Welding
2374 Doreen St
Grand Prairie, TX 75050


Fastenal Company
Attn: Aaron Garms
2001 Theurer Blvd.
Winona, MN 55987


Ferguson
P.O. Box 847411
Dallas, TX 75284


First Cash Advance
P.O. Box 910
Eules, TX. 76039


First National Bank - Killeen/ Deposited
6248 Hartman Rd.
Fort Worth, TX 76540

First National Bank / Deposited
907 Meadow Mead Dr
Allen, TX 75002


Forney Fence Supply
P.O. Box 273
Forney, TX 75126


Fuelman
P.O. Box 1260
Fort Worth, TX 76101


Gajeske, Inc.
6200 N Houston Rosslyn Rd
Houston, TX 77011


Gate Doctor
6524 Kary Lynn Dr. N
Watauga, TX 76148


Griffin DeWatering Southwest, LLC
5306 Clinton Dr.
Houston, TX 77020


GSI Highway Products, Inc.
720 West Winerreen Rd
 Hutchins, TX 75141


Gwen I. Walraven
Bell Nunnally & Martin LLP
3232 McKinney Avenue
Suite 1400
Dallas, TX 75204

Hampton Check Cashing
1015 S. Hampton Rd.
Dallas, TX. 75208

Hampton Check Cashing
1015 S. Hampton Rd.
Dallas, TX 75208


Hanes Geo Components
500 N McLin Creek Rd.
Conove, NC 28613


Hardie's Fuit & Vegetable, Co., LP
1005 North Cockrell Hill Rd
Dallas, TX 75211


Harley Davidson Financial
Attention: Bankruptcy
PO Box 22048
Carson City, NV 89721


HEB Check Services
P.O. Box 4346
Houston, TX 77210


Heygood, Orr & Pearson
2331 W. Northwest Highway, 2nd Floor
Dallas, TX 75220


HighMark Trucking Services, LLC
P.O. Box 540034
Dallas, TX 75354


Hilti - SCS
P.O. Box 120001
Dallas, TX 75312


Home Depot Citi Bank
P.O. Box 183175
Columbus, OH 43218

Houston Industrial Materials
P.O. Box 3248
Humble, TX 77347

Howard Johnson Express Inn
7630 Pan American Fwy NE
Albuqueque, NM 87209

Hydro-Con, LLC
c/o M. Scott Ortiz
Law Firm of Scott Ortiz, P.C.
1012 Ridge Road
Rockwall, TX 75087

Hydrotex
P.O. Box 678195
Dallas, TX 75267

Incorporating Service
P.O. Box 94438
Las Vegas, NV 89193

Ingo Money
623 Holcomb Bidge Rd.
Roswell, GA 30076

InstaCheck of Lubbock
902 Ave J
Lubbock, TX 79401

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Insurance
P.O. Box 412086
Kansas City, MO 64141


James Craig Orr, Jr.
Heygood, Orr & Pearson
2331 W. Northwest Highway
2nd Floor
Dallas, TX 75220

Jeffrey N. Orr
11732 E. 72nd St.
Kansas City, MO 64133


John D. Herberger
J D Herberger & Associates, PC
11767 Katy Freeway
Suite 920
Houston, TX 77079

John E. Roper
Law Office of John Roper, PLLC
1701 N. Market St.
Suite 200
Dallas, TX 75202

Jorge A. Delgrado- sub
941 Scott
Denon, X 76205


Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road
Suite 625
Dallas, TX 75230


Justin Landfill
1527 S. Mayhill
Denton, TX 76208

Kaiser SACCO
1431 Greenway Dr. Suite 615
Irving, TX 75038

Key Harrington Barnes
3710 Rawlins Street, Suite 950
Dallas, TX 75219

Kimball Midwest
Dept L-2780
Columbus, OH 43260

Kimberly J. Taylor
P.O. Box 79338
Saginaw, TX 76179

King Architectural Metals
9611 RL Thorton Frwy
Dallas, TX 75228

Kirby Moore
d/b/a Moore Service Center & Farm Supply
P.O. Box 325
Star, TX 76880

Kiwk Kash #3 Odessa
1821 E 8th St.
Odessa, TX 79761

Kountry Food Store
2790 FM 917
Mansfield, TX 76063

Kroger
PO Box 30650
Salt Lake City, UT 84130

Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132


Kwik Kash #3 Odessa
1821 E 8th St.
Odessa, TX 79761


Kwik Kash #3 Odessa
1821 E. 8th St.
Odessa, TX 79761


Kwik Kash #3 Odessa
1821 E 8th St.
Odessa, TX


La Quinta - Austin, TX
5812 I- 35 North
Austin, TX 78751


La Quinta - Bossier, LA
309 Preson Blvd
Bossier City, LA 71111


La Quinta - Bryant, AR
408 West Commerce Drive
Bryant, AR 72022


La Quinta - Cleveland, TX
1004 Highway 59 South
Cleveland, TX 77327


La Quinta - Hazelwood MO
318 Taylor Road
Hazelwood, MO 63042

La Quinta - Houston, TX
13290 FM 1960 West
Houston, TX 77065


La Quinta - Irving TX
4850 W John Carpenter Frway
Irvin, X 75063


La Quinta - Katy, TX
22455 Katy Freeway
Katy, TX 77450


La Quinta - Killeen, TX
1112 South Fort Wood Street
Killeen, TX 76541


La Quinta - Lukin, TX
2119 South First St
Lufkin, TX 75901


La Quinta - Metairie, LA
5900 Veterans Blvd.
Metairie, LA 70003


La Quinta - New Caney, TX
US - 59
New Cany, TX 77357


La Quinta - San Antonio, TX
7202 S. Pan American Expressway
San Antonio, TX 78224


La Quinta - Springfield, MO
1610 East Evergreen
Springfield, MO 65803

La Quinta - St. Louis, MO
11805 Lackland Rd.
St. Louis, MO 63146


La Quinta - Stephenville, TX
105 Christy Plaza
Stephenville, TX 76401


La Quinta - Waco, TX
1110 S. 9th Street
Waco, TX 76706


La Quinta Corporation
Attn: Bankruptcy Notices
909 Hidden Ridge Suite 600
Irving, TX 75038

Law Offices of Woodrow W. Bean III
1406 Wyoming Avenue
El Paso, TX 79902


Living Earth
P.O. Box 660919 - Dept. 73004
Dallas, TX 75266


Louisiana Steel
211 Steel Street
Cottleville, MO 63376


Luber Brothers
P.O. Box 22666
Oklahoma City, OK 73123


M. Jason Spivey
Martin Disiere Jefferson & Wisdom LLP
16000 N. Dallas Parkway
Suite 800
Dallas, TX 75248

Madden Bolt
13420 Hempstead Highway
Houston, TX 77040


Margaret H. Apgar
Shields Legal Group
16301 Quorum Drive
Suite 250B
Addison, TX 75001

Mark A. Kirkorsky
P.O. Box 25287
Tempe, AZ 85285


Martin Marietta
5710 W. Hausman Rd., Suite 121
San Antonio, TX 78249


McMahon Contracting L.P.
3019 Roy Orr Blvd.
Grand Prairie, TX 75050


McNichols Co.
Attn: Kimberly K. Goldsborough
P.O. Box 101211
Atlanta, GA 30392


Meier Bros. Tire
296 W. Issert Dr.
Kankakee, IL 60901


Merchants Metals
P.O. Box 281479
Atlanta, GA 30384


Metroplex Welding Supply, Inc.
1970 W Northwest HWY
Dallas, TX 75220

Michael Wolfe
Euler Hermes Collections North America
Commercia Recovery
600 S. 7th Street
Louisville, KY 40203

Midco Sling & Cable Co.
9101 John Carpenter Frwy
Dallas, TX 75247

Miguel Rocha - Sub
2627 Leisure Ln
Little Elm, TX 75068

Mike Milliken
Sanders Douglas International
120 S. Houghton Rd.
Suite 138-257
Tucson, AZ 85748

Milan Saw Cut Paving
7706 Arnim St
Houston, TX 77087

Mini Mart Food Store
2628 N Story Rd.
Irving, TX 75062

Moiss A. Pena Trucking
304 Lucille St.
Irving, TX 75060

Morgan, Lewis & Bockius, LLP
1717 Main Street, Suite 3200
Dallas, TX 75201

Mustang Rental Services
P.O. Box 4346
Dept 188
Houston, TX 77210

NACM Southwest
Attn: Christy Edwards
1625 Marshall Street
Shreveport, LA 71162


Nova Healthcare, PA
P.O. Box 840066
Dallas, TX 75284


O'Reilly Auto Parts
P.O. Box 1156
Springfield, MO 65801


Occupational Healh Centers of Southwest
P.O. Box 9005
Addison, TX 75001


Oldcastle Precast
P.O. Box 742387
Los Angeles, CA 90074


One Star Check Cashing
14211 Coit Rd.
Dallas, TX 75254


Order Express Inc.
685 W. Ohio St.
Chicago, IL 60654


Paisano Redi Mix
P.O. Box 162991
Fort Woth, X 76161


Paradise Fruits
2111 Taylor St
Dallas, TX 75201

Pavers Supply Company
P.O. Box 2671
Conroe, TX 77305


Perez Construction Co
11842 Vickery St
Houston, TX 77039


Perminan Machinery Movers
9270 Gateway East
El Paso, TX 79907


Pillar Solutions Group
13155 Noel Road
Dallas, TX 75240


Pirtek Jersey Village
6125 W Sam Houston Pkwy
Houston, TX 77041


Pirtek Love
3131 Ivin Blvd Ste 600
Dallas, TX 75247


PLS Check Cashers
1701 W. Irving Blvd
Irving, TX 75601


PLS Check Cashers
1701 W Irving Blvd.
Irving, TX 75601


PLS Check Cashers
1701 W Irvin Blvd.
Ivin, TX 75601

PLS Check Cashers
1701 W. Irving Blvd.
Ivin, TX 75601


PLS Check Cashers
1701 W Irving Blvd
Irving, TX 75601


PLS Check Cashiers
1701 W. Irving Blvd.
Irving, TX 75601


Porsche Financial Srvc
1 Porsche Dr
Atlanta, GA 30354


PPT
1040 Hawn Ave
Shreveport, LA 71107


Pro Consulting Services, Inc.
Collection Division
P.O. Box 66768
Houston, TX 77266


Questco Companies
100 Commercial Circle, BLD B
Conroe, TX 77304


Raidoloy Association
P.O. Box 1723
Indianapolis, IN 46206


Rainmaster Irrigation & JB Lawn Services
2505 St. Andrews Dr.
Ennis, TX 75119

Ram Tool
P. O. Box 320979
Birmingham, AL 35232


Ready Cable
4416 Keller Hick Rd
Ft. Worth, TX 76244


Reliable Concrete
1025 W Commerce
Dallas, TX 75208


Rental One Co.
Attn: Jeff Swanson
P.O. Box 489
Colleyville, TX 76034


Ricarte Espinal - Sub
306 Tucson Dr.
Duncanville, TX 75116


Ricochet Fuel
1201 Royal Parkway
Euless, TX 76040


Robert Anzianux, P.C.
12800 Hillcrest
Suite 204
Dallas, TX 75230


Robert E. Reich
309 N. Fisk
Brownwood, TX 76801


Roberto Rivera
c/o Bernardo Gonzalez
7362 Remcom Circle
El Paso, TX 79912

Roy Or Food Mart
2970 Roy Orr Blvd.
Grand Prairie, TX 75050


Roy Orr Food Mart
2970 Roy Orr Blvd.
Grand Prairie, TX 75050


Roy Orr Food Mart
2907 Roy Orr Blvd
Grand Prairie, TX 75050


Rubealcaba Enterprises, Inc.
P.O. Box 210798
Dallas, TX 75211


Safety - Kleen
2600 North Cetral Expressway
Suite 400
Richardson, TX 75080


Samantha Springs
820 North Main Street
Keller, TX 76248


San Diego Credit Association
Attn: Lawrence A. Siebern
Collection Division
2044 First Avenue, Suite 300
San Diego, CA 92101

Savers Cost Plus # 525
504 N O'Connor
Ivin, TX 75017


Semper Fi Concrete Pumping Services
466 VZ CR 4808
Ben Wheeler, TX 75754

Shemin Nurseries
621 Huffines Blvd.
Lewisville, TX 75056


Sherry Stone
Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


Shields Legal Group
16301 Quorum Drive Suite 250 B
Addison, TX 75001


Shop N Go # 11
2508 N. Fitzhugh Ave.
Dallas, TX 75204


Six & Mango - Parts
P.O. Box 1269
Frisco, TX 75034


Six & Mango Equipment, LLP
P.O. Box 1269
Frisco, TX 75034


SOS Equipment Leasing LLC
1301 Parke Rd
Grand Prairie, TX 75050


Southeast Texas Concrete
2500 West Loop S
Suite 270
Houston, TX 77027-4524


Southwest Crushing LLC
200 Lawson Road
Mesquite, TX 75181

```
Speedy Cash
P.O. Box 780408
Witchita, KS 67278


Speedy Cash
PO Box 780408
Wichita, KS 67278


St John Urgent Care
P. O. Box 13293
Belfast, ME 04915


Star Tire Company
P.O. Box 541508
Dallas, TX 75354


Star Voice & Data Systems
2633 McKinney Ave. # 130-230
Dallas, X 75204


Steel Inspectos o Texas, Inc
P.O. Box 150987
Fort Worth, TX 76108


Stephen C. Maxwell
Bailey and Galyen Attorneys At Law
1300 Summit Ave. Suite 650
Fort Worth, TX 76102


Stephens Pipe & Steel, LLC
P.O. Box 618
Russell Springs, KY 42642


Stribling Equipment
P.O. Box 6038
Jackson, MS 39288
```

Structural & Steel
1320 South University Dr.
Ft. Worth, TX 76107


Stuart Hose & Pipe
701 Riverside Drive
Fort Worth, TX 76111


Sun Coast Resources, Inc.
P.O. Box 202603
Dallas, TX 75320


Sunbelt 189073
P.O. Box 409211
Atlanta, GA 30384


Sunbelt 487859
P.O. Box 409211
Atlanta, GA 30384


Super Save Food Mart
1801 E Shady Grove Rd.
Irving, TX 75056


Super Save Food Mart
1801 E. Shady Grove Rd.
Irving, TX 75056


T. Ragon Richey
Thomas Feldman & Wilshusen, LLP
9400 N. Central Expressway
Suite 900
Dallas, TX 75231

Terry's Supermarket
2310 St. Germain Rd.
Dallas, TX 75212

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Energy Corridor Systems
16409 Oak Lane
Channelview, TX 77530


Texas State Comptroller
P.O. Box 149355
Austin, TX 78714


Texas Trucking
P.O. Box 55326
Hurst, TX 76054


Texas Women Ventures Charter Fund II, LP
3625 N. Hall Street, Suite 615
Dallas, TX 75219


Texas Women Ventures Fund II, LP
3625 N. Hall Street, Suite 615
Dallas, TX 75219


Texas Women Ventures Fund-Side, LP
3625 N. Hall Street, Suite 615
Dallas, TX 75219


Thomas A. Musser
Whitney & Richardson, Inc.
14471 River Road
Suite 200
Hahnville, LA 70057

Tiger Sanitation
P.O. Box 200143
San Antonio, TX 78220

Tondi Whitfield
Pre-Litigation Director
Nelson, Cooper & Ortiz, LLC
9800 Centre Parkway, Suite 800
Houston, TX 77036

Tri-Cities Contracting
104 Gay Street
Arlington, TX 76010


TriLee
1701 B.W. Division St.
Arlington, TX 76012


Triple T Fence
5201 W. Industrial
Midland, TX 79703


Tunderbolt Utility Contractors
7441 N. Highway 6
Waco, TX 76712


TWV-Texas Women's Venture Group
3625 N. Hall St.
Suite 615
Dallas, TX 75219


U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


ULine
P.O. Box 88741
Chicago, IL 60680

United Rentals - LA
c/o Mark A. Kirkorsky, PC
1119 W. Southern Avenue
Mesa, AZ 85210


US Oxygen
3028 Abrams
Arlington, TX 76010


Vaccaro Lumber Company
327 Front St.
Forrest City, AR 72336


Value Place
Attn: Karen Pickens
8621 E. 21 St. N.
Suite 250
Wichita, KS 67206

Velez Environmental
P.O. Box 24764
Houston, TX 77229


Verizon
CMR Claims
P.O. Box 60553
Oklahoma City, OK 73146


Vintage Bank/Interbank
P.O. Box 557
Waxahachie, TX 75168


Virgil A. Lowrie
P.O. Box 50346
Denton, TX 76206


W. Jason Walker
Andrews Myers, P.C.
3900 Essex Lane
Suite 800
Houston, TX 77027

Wagner Equipment
P.O. Box 919000
Denver, CO 80291


Wells Fargo
733 Marquett Ave., Suite 700
Minneapolis, MN 55402


Wells Fargo
MAC
Minneapolis, MN 55402


Western Concrete Pumping
2181 La Mirada Dr.
Vista, CA 92081


White Cap Supply
9950 S. 134th Street
Omaha, NE 38138


Whitley & Siddons
11612 Bee Caves Rd.
Suite 1-230
Austin, TX 78738


Whitney and Richardson
14471 River Road
Suite 200
Hahnville, LA 70057


William Wright
McCarthy Burgess & Wolff
2600 Cannon Road
Cleveland, OH 44146


Woodforest National Bank
Charge Off Dept.
P.O. Box 7889
The Woodlands, TX 77387

Woodhaven Bank
3325 Fairfield Ave.
Suite A
Fort Worth, TX 76116


Woodhaven Bank
3325 Fairfield Ave.
Fort Worth, TX 76116


Woodrow W. Been III
Law Offices of Woodrow W. Bean III
1406 Wyoming Avenue
El Paso, TX 79902


Wright Express Corp.
P.O. Box 6293
Carol Stream, IL 60197


Xtreme Powder Coating
2446 W. Main St.
Suite 100
Grand Prairie, TX 75050


Zara's Convenience Store
1102 E Pioneer Dr. # H
Irving, TX 75061


Zimmerer Kubota
5165 Mark IV Parkway
Fort Worth, TX 76106